IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IVAN L. MENDEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE NATION OF AFRICA, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:14-cv-102-MEF<br>WO |

# **O R D E R**

On March 5, 2014, the Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That this case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiaion of this case.

DONE this the 31st day of March, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE